EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2014 TSPR 113 |
| Sylvia Ivette Calero Cerezo | 191 DPR ____ |

Número del Caso: TS-5648

Fecha: 26 de septiembre de2014

Abogado del Peticionario:

Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Sylvia Ivette Calero Cerezo

                              TS-5648

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de septiembre de 2014.

Examinada la "Moción" solicitando reinstalación al ejercicio de la abogacía que presentó la Sra. Sylvia Ivette Calero Cerezo, se provee con lugar.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Camelia Montilla Alvarado
Secretaria del Tribunal Supremo Interina